UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
JEREMY BASCOM, individually and on behalf of
his minor children, M.B. and N.B.,

                Plaintiffs,                                    23 **CIVIL** 10898 (VEC)

      -against-                                       **JUDGMENT**

CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF EDUCATION, NEW YORK
CITY DEPARTMENT OF YOUTH AND COMMUNITY
DEVELOPMENT, NEW YORK EDGE,
and JOHN/JANE DOE 1-5,
                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 4, 2025, Defendants' Motion to Dismiss Plaintiffs' federal claims is GRANTED, and those claims are dismissed with prejudice. All state law claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated**: New York, New York

      March 5, 2025

                                                        **TAMMI M. HELLWIG**
                                                          Clerk of Court

                                **BY:**

                                                             **Deputy Clerk**